**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 3035 Disciplinary Docket No. 3 |
| | : |
| | : No. 28 DB 2024 |
| Petitioner | : |
| v. | : Attorney Registration No. 69676 |
| | : |
| | : (Philadelphia) |
| SCOTT RONALD GALLANT, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2024, upon consideration of the Verified Statement of Resignation, Scott Ronald Gallant is disbarred on consent from the Bar of this Commonwealth. *See* Pa.R.D.E. 215. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).